Marie G. Quashnock (SBN 153567)
marie@aqalegal.com
Hallie N. Zimmerman (SBN 247407)
hallie@aqalegal.com
**ALVIS QUASHNOCK AND ASSOCIATES, a PC**
613 First Street, Suite 202
Brentwood, CA 94513
Telephone: (925) 516-1617
Facsimile:  (925) 775-7008

Attorneys for Plaintiffs
STEVEN G. WIELAND AND SHELLEY L. WIELAND

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STEVEN G. WIELAND AND SHELLEY L. WIELAND, married individuals,<br><br>Plaintiffs,<br><br>v.<br><br>BAY VIEW LOAN SERVICING, LLC; and DOES 1-50,<br><br>Defendants. | Case No. 4:16-cv-05498-JSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

We are the Plaintiffs in this matter and we voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

DATED:  December 5, 2016      **ALVIS QUASHNOCK AND ASSOCIATES, PC**


By:   /s/ Marie G. Quashnock
        Marie G. Quashnock

*Attorneys for Plaintiffs*
STEVEN G. WIELAND and
SHELLEY L. WIELAND